AO 243 (Rev. 5/85)   MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

RECEIVED
2007 JUN -1 A 9: [ ]

| United States District Court | District MIDDLE DISTRICT OF ALABAMA | |
|---|---|---|
| Name of Movant MARY WAGES BOBO | Prisoner No. 11731-002 | Case No. 2:05CR151-LSC |
| Place of Confinement FPC - MARIANNA, P. O. BOX 7006, MARIANNA, FL   32446-7006 | | |

2:07cv482-MHT

UNITED STATES OF AMERICA       V. MARY WAGES BOBO
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION, MONTGOMERY, AL</u>

2. Date of judgment of conviction <u>MAY 30, 2006</u>

3. Length of sentence <u>SIXTY (60) MONTHS</u>

4. Nature of offense involved (all counts) <u>21 U.S.C. § 841(f)(1), Wrongful Distribution or Possession of listed Chemical and 18 U.S.C. § 2, aiding and Abetting</u>

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
<u>I pled guilty on the Plea Agreement - Count 1 - 21 U.S.C. § 841(f)(10, Wrongful distribution or Possession of listed Chemical and 18 U.S.C. § 2, Aiding and Abetting</u>

6. If you pleaded not guilty, what kind of trial did you have? (Check one) N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __N/A__

   (b) Result __N/A__

   (c) Date of result __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

        (2) Nature of proceeding __N/A__

        (3) Grounds raised __N/A__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐  No ☒

        (5) Result __N/A__

        (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __N/A__

        (2) Nature of proceeding __N/A__

        (3) Grounds raised __N/A__

(3)

AO 243 (Rev. 5/85)

 (4) Did you receive an evidentiary hearing on your petition, application or motion? N/A
  Yes ☐ No ☐

 (5) Result N/A

 (6) Date of result N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion? N/A
 (1) First petition, etc.  Yes ☐ No ☒
 (2) Second petition, etc. Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I am not well versed in the legal area therefore, I relied on my Attorney for guidance. She informed me that I could not appeal the conviction or sentence based on the agreement that I signed. She also informed me that I could not appeal the post conviction. Therefore, I was under the impression that I could not appeal this matter under the grounds that were stipulated in the Plea Agreement.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

 CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

 For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
 Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
 (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
 (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __DENIAL OF RIGHT TO APPEAL__

Supporting FACTS (state *briefly* without citing cases or law): In accordance with case law, I have the right to appeal a conviction and sentence, even though I signed a Plea Agreement.

B. Ground two: __DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL__

Supporting FACTS (state *briefly* without citing cases or law): In accordance to case research, I feel that the failure of my attorney to file an "Anders" brief.

C. Ground three: Due Process Clause of the fifth and Fourteenth Amendments Rights as it Relates to Competence

Supporting FACTS (state *briefly* without citing cases or law): I am aware that I sgned documents during this period of time but I was under a depression state and really was not aware of what was happening.

(5)

AO 243 (Rev. 5/85)

D. Ground four: N/A

Supporting FACTS (state *briefly* without citing cases or law): N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    None of these grounds were mentioned anywhere.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing   Tiffany B. McCord 505 South Perry Street Montgomery, AL 36104-1803

    (b) At arraignment and plea   Tiffany B. McCord 505 South Perry Street Montgomery, AL 36104-1803

    (c) At trial   N/A

    (d) At sentencing   Tiffany B McCord Address Above

AO 243 (Rev. 5/85)

(e) On appeal  N/A

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future:  N/A

   (b) Give date and length of the above sentence:  N/A

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May 30, 2007
(date)

Mary Wages Bobo
Signature of Movant

IN THE DISTRICT COURT OF THE

UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff/Appellee, | ) | |
| | ) | 2:07cv 482-T |
| v. | ) | CASE NO. 2:05CR 151-LSC |
| | ) | |
| Mary Wages Bobo, | ) | |
|     Defendant/Appellant | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the individuals listed below a copy of the following documents by taking them to R/D for mailing located at FPC-Marianna.

    A. Motion to proceed Pro Se
    B. Motion for Extension of Time to File Memorandum of Law
    C. 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence

1. Clerk of Court
United States District Court
for the Middle District of Alabama
One Court Square, Suite
P. O. Box 197
Montgomery, AL  36101-0197

2. Tommie Brown Hardwick
Assistant U.S. Attorney
for the Middle District of Alabama
One Court Square, Suite 201
P. O. Box 197
Montgomery, AL  36101-0197

The proper amount of postage was affixed to the envelope.

The envelopes were taken to R/D on _30th_ day of May, 2007.

Respectfully submitted,

Mary Wages Bobo
Mary Wages Bobo, Pro Se
Reg # 11731-002
FPC-Marianna
Seminole A
P. O. Box 7006
Marianna, FL  32446-7006

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

v.

MARY WAGES BOBO
Defendant.

2:07cv482-MHT

Case Number 2:05-CR-0151-LSC

USM Number 11731-002

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, MARY WAGES BOBO, was represented by Tiffany Bullard McCord.

The defendant pleaded guilty to count 1. Accordingly, the defendant is adjudged guilty of the following count, involving the indicated offense:

| Title & Section | Nature of Offense | Offense Ended | Count Number |
|---|---|---|---|
| 21 USC § 841(f)(1) and 18 USC § 2 | Distribution of Pseudoephedrine, Aiding and Abetting | 5/1/2003 | 1 |

As pronounced on May 30, 2006, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1, which shall be due immediately, payable to the Clerk, U.S. District Court, Middle District of Alabama, P.O. Box 711, Montgomery, AL 35104.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Done this 31st day of May 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: MARY WAGES BOBO
Case Number: 2:05-CR-0151-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to her family in Opp, AL.

The defendant shall surrender to the United States marshal for this district or the designated institution by 2:00 p.m. on July 17, 2006.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By   _____
Deputy Marshal

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 5

Defendant: MARY WAGES BOBO
Case Number: 2:05-CR-0151-LSC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

✔  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

✔  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Continuation of Standard Conditions of Supervised Release

Judgment--Page 4 of 5

Defendant: MARY WAGES BOBO
Case Number: 2:05-CR-0151-LSC

**CONTINUATION OF STANDARD CONDITIONS OF SUPERVISED RELEASE**

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 (cont'd) - Supervised Release

Judgment--Page 5 of 5

Defendant: MARY WAGES BOBO
Case Number: 2:05-CR-0151-LSC

**SPECIAL CONDITIONS OF SUPERVISION**

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall submit to a search of her person, residence, office, or vehicle pursuant to the search policy of this court.
2) The defendant shall cooperate with the probation officer in the collection of DNA.

27BC, AG, CLOSED, MHT-ClerkC

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:05-cr-00151-LSC-CSC-2
### Internal Use Only

2:07cv482-MHT

| | |
|---|---|
| Case title: USA v. Bobo et al | Date Filed: 06/29/2005 |

Assigned to: Honorable L. Scott Coogler
Referred to: Honorable Charles S. Coody

### Defendant

**Mary Wages Bobo** (2)
*TERMINATED: 06/01/2006*
doing business as
Horn Hill Grocery (2)
*TERMINATED: 06/01/2006*

represented by **Tiffany Bullard McCord**
The Law Office of Tiffany B. McCord
505 S Perry Street
Montgomery, AL 36104-1803
334-356-6529
Fax: 334-263-4766
Email: tmcdmc@netzero.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

21:841(f)(1)/18:2 DISTB:
PSEUDOEPHEDRINE - NMT 5Y; B;
NMT 3Y SUP REL; G-LNS; VWPA;
100 SA
(1s)

### Disposition

60 Mos Imp; 36 Mos Sup Rel; $100 SA

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:846 CONSPIRACY:
MANUFACTURE
METHAMPHETAMINE - NMT
$2,000,000 [*]; NLT 5Y NMT 40Y; B;
NMT 4Y SUP REL; G-LNS; VWPA;
$100 SA; FORFEITURE

### Disposition

Dismissed on Government's Motion

| | |
|---|---|
| ALLEGATION (1) | |
| 21:841(c)(2); 18:2 POSSESSION/DISTRIBUTION: PSEUDOEPHEDRINE; AIDING & ABETTING - NMT $250,000 [*]; NMT 20Y; B; NMT 5Y SUP REL; G-LNS; VWPA; $100 SA; FORFEITURE ALLEGATION (2) | Dismissed on Government's Motion |
| 21:841(c)(2); 18:2 POSSESSION/DISTRIBUTION: PSEUDOEPHEDRINE; AIDING/ABETTING - NMT $250,000 [*]; NMT 20Y; B; NMT 5Y SUP REL; G-LNS; VWPA; $100 SA; FORFEITURE ALLEGATION (3) | Dismissed on Government's Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **Tommie Brown Hardwick** U.S. Attorney's Office PO Box 197 Montgomery, AL 36101-0197 334-223-7280 Fax: 334-223-7135 Email: tommie.hardwick@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John T. Harmon** U.S. Attorneys Office PO Box 197 Montgomery, AL 36101-0197 334-223-7280 Fax: 334-223-7560 Email: john.harmon@usdoj.gov *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2005 | 1 | INDICTMENT as to Charles David Bobo (1) count(s) 1, 3-4, Mary Wages Bobo (2) count(s) 1, 2, 3, Jessica Singleton (3) count(s) 1, 3. (snc) Modified on 8/16/2005 (snc): Additional attachment added on 8/16/2005 (snc); PDF modified per 8/16/06 Order 46 (Entered: 07/01/2005) |
| 06/29/2005 |  | ***Set/Clear Flags as to Charles David Bobo, Mary Wages Bobo, Jessica Singleton (snc) (Entered: 07/01/2005) |
| 06/30/2005 |  | ***Location start as to Charles David Bobo, Mary Wages Bobo, Jessica Singleton (snc) (Entered: 07/01/2005) |
| 07/13/2005 |  | Case unsealed as to Charles David Bobo and Mary Wages Bobo pursuant to notice of arrest from the USM. (snc) (Entered: 07/13/2005) |
| 07/13/2005 |  | Arrest of Charles David Bobo, Mary Wages Bobo (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 | 16 | CJA 23 Financial Affidavit by Mary Wages Bobo (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 |  | ORAL MOTION to Appoint Counsel by Mary Wages Bobo. (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 |  | ORDER (ORAL)granting Oral Motion to Appoint Counsel: CJA Panel Attorney Tiffany Bullard McCord appointed as to Mary Wages Bobo (2). Signed by Judge Susan Russ Walker on 7/13/05. (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 | 17 | Non-Surety Bond Entered as to Mary Wages Bobo in amount of $ 25,000.00, (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 | 18 | ORDER Setting Conditions of Release as to Mary Wages Bobo (2) $25,000.00 non-surety . Signed by Judge Susan Russ Walker on 7/13/05. (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 | 19 | WAIVER of Speedy Trial by Mary Wages Bobo (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 | 20 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Mary Wages Bobo (2) Count 1,2,3 held on 7/13/2005, Initial Appearance as to Mary Wages Bobo held on 7/13/2005, Plea entered by Mary Wages Bobo (2) Not Guilty on counts 1, 2, 3. (Recording Time 2:30 - 2:50.) (jct, ) (Entered: 07/13/2005) |
| 07/13/2005 | 21 | NOTICE OF ATTORNEY APPEARANCE: Tiffany Bullard McCord appearing for Mary Wages Bobo (McCord, Tiffany) (Entered: 07/13/2005) |

| | | |
|---|---|---|
| 07/14/2005 | 24 | ORDER ON ARRAIGNMENT as to Mary Wages Bobo (incorporating ORDER TO CONTINUE - Ends of Justice as to Mary Wages Bobo Time excluded from 7/14/05 until 10/12/05). Pretrial Conference set for 8/8/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Trial set for 10/12/2005 before Honorable Myron H. Thompson. Any requested voir dire questions and jury instructions must be filed no later than one week before jury selection; Pretrial Motions due by 8/5/2005. Discovery by the government due by 7/15/2005. Disclosures by the defendant are due by 7/22/05. Signed by Judge Charles S. Coody on 7/14/05. (ws, ) (Entered: 07/14/2005) |
| 07/15/2005 | 27 | Arrest Warrant Returned Executed in case as to Mary Wages Bobo. Defendant arrested on July 13, 2005. (snc) (Entered: 07/18/2005) |
| 07/20/2005 | 29 | MOTION to Amend/Correct *Typographical Error* by USA as to Charles David Bobo, Mary Wages Bobo, Jessica Singleton. (Hardwick, Tommie) (Entered: 07/20/2005) |
| 07/20/2005 | 31 | CJA 20 (Nunc Pro Tunc Date: 7/13/05) as to Mary Wages Bobo: Appointment of Attorney Tiffany Bullard McCord for Mary Wages Bobo . Signed by Judge Susan Russ Walker on 7/20/05. (snc) (Entered: 07/21/2005) |
| 08/01/2005 | 33 | ORDER as to Charles David Bobo, Mary Wages Bobo, Jessica Singleton directing all defendants to Show Cause by 8/12/2005 as to why 29 MOTION to correct typographical error filed by USA should not be granted . Signed by Judge Myron H. Thompson on 8/1/05. (snc) (Entered: 08/01/2005) |
| 08/03/2005 | 34 | Process Receipt and Return of Lis Pendens at Covington County Judge of Probate as to Charles David Bobo, Mary Wages Bobo on 7/12/05. (snc) (Entered: 08/03/2005) |
| 08/08/2005 | 36 | MOTION to Continue *Pretrial Conference* by Mary Wages Bobo. (McCord, Tiffany) (Entered: 08/08/2005) |
| 08/08/2005 | 38 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Mary Wages Bobo NOT held. Continued to 9/19/05.(Recording Time FTR: 1:07 - 1:08.) (ws, ) (Entered: 08/08/2005) |
| 08/08/2005 | | ORAL ORDER granting 36 Motion to Continue Pre-Trial Conference as to Mary Wages Bobo (2). Signed by Judge Charles S. Coody on 8/8/05. (ws, ) (Entered: 08/09/2005) |
| 08/09/2005 | 41 | ORDER as to Mary Wages Bobo setting Pretrial Conference for 9/19/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody, adjusting applicable deadlines accordingly, and resetting deadline for filing of pretrial, dispositive motions from 8/5/05 to 9/15/05. Signed by Judge Charles S. Coody on 8/9/2005. (snc) (Entered: 08/09/2005) |
| 08/10/2005 | 43 | NOTICE OF ATTORNEY APPEARANCE John T. Harmon appearing for USA. (Harmon, John) (Entered: 08/10/2005) |

| | | |
|---|---|---|
| 08/16/2005 | 46 | ORDER granting 29 Motion to Amend/Correct Typographical Error as to Charles David Bobo (1), Mary Wages Bobo (2), Jessica Singleton (3). Signed by Judge Myron H. Thompson on 8/16/05. (snc) (Entered: 08/16/2005) |
| 09/15/2005 | 47 | MOTION to Sever Defendant by Mary Wages Bobo. (Attachments: # 1 # 2 # 3)(McCord, Tiffany) (Entered: 09/15/2005) |
| 09/19/2005 | 49 | MOTION to Continue trial by Mary Wages Bobo. (McCord, Tiffany) (Entered: 09/19/2005) |
| 09/19/2005 | 50 | ORDER TO CONTINUE - Ends of Justice as to Mary Wages Bobo (1) granting 49 MOTION to Continue trial filed by Mary Wages Bobo, and (2) resetting Jury Selection and Trial, now set for 10/12/05, for 1/23/2006 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson. Signed by Judge Myron H. Thompson on 9/19/05. (snc) (Entered: 09/19/2005) |
| 09/19/2005 | 52 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Mary Wages Bobo held on 9/19/2005 (Recording Time FTR: 1:19 - 1:22.) (ws, ) (Entered: 09/20/2005) |
| 09/21/2005 | | ***Set/Clear Flags as to Charles David Bobo, Mary Wages Bobo, Jessica Singleton (snc) (Entered: 09/21/2005) |
| 09/21/2005 | 57 | PRETRIAL CONFERENCE ORDER as to Mary Wages Bobo setting Jury Selection and Jury Trial (ETT 3 days) for 1/23/2006 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson, directing that Voir Dire is due by 1/17/2006, directing that Proposed Jury Instructions are due by 1/17/2006, setting Motions in Limine deadline for 1/17/2006, setting Plea Agreement deadline for 1/17/2006. Signed by Judge Charles S. Coody on 9/21/05. (snc) (Entered: 09/21/2005) |
| 09/21/2005 | 58 | ORDER as to Mary Wages Bobo setting final Pretrial Conference for 11/14/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody and adjusting all applicable deadlines contained in the prior arraignment order and pretrial order accordingly. The deadline for filing pretrial dispositive motions is not extended. Signed by Judge Charles S. Coody on 9/21/05. (snc) (Entered: 09/21/2005) |
| 09/22/2005 | 63 | WAIVER of Speedy Trial by Mary Wages Bobo (McCord, Tiffany) (Entered: 09/22/2005) |
| 09/22/2005 | 64 | WAIVER of Speedy Trial by Mary Wages Bobo (McCord, Tiffany) Additional attachment(s) added on 9/29/2005: certificat of service added (snc). (Entered: 09/22/2005) |
| 09/26/2005 | 66 | NOTICE OF DEFICIENCY re 63 Waiver of Speedy Trial and 64 Waiver of Speedy Trial (snc) (Entered: 09/26/2005) |
| 11/14/2005 | 71 | Minute Entry for proceedings held before Judge Charles S. Coody :Final Pretrial Conference as to Mary Wages Bobo held on 11/14/2005 |

| | | |
|---|---|---|
| | | (Recording Time FTR: 1:03 - 1:04.) (ws, ) (Entered: 11/14/2005) |
| 11/14/2005 | | ORAL MOTION to Withdraw Document 47 MOTION to Sever Defendant filed by Mary Wages Bobo. (ws, ) (Entered: 11/14/2005) |
| 11/14/2005 | | ORAL ORDER as to Mary Wages Bobo granting MOTION to Withdraw Document 47 MOTION to Sever Defendant filed by Mary Wages Bobo; Motion terminated as to Mary Wages Bobo 47 MOTION to Sever Defendant filed by Mary Wages Bobo. Signed by Judge Charles S. Coody on 11/14/05. (ws) (Entered: 11/14/2005) |
| 12/21/2005 | 75 | NOTICE OF INTENT TO CHANGE PLEA by Mary Wages Bobo (McCord, Tiffany) (Entered: 12/21/2005) |
| 12/23/2005 | 76 | ORDER as to Mary Wages Bobo setting Change of Plea Hearing for 1/4/2006 10:00 AM in Courtroom 4B before Honorable Charles S. Coody, directing the Clerk to provide a court reporter for this proceeding, and directing the USM to produce the defendant, if in custody. Signed by Judge Charles S. Coody on 12/23/05. (snc) (Entered: 12/23/2005) |
| 01/03/2006 | 77 | FELONY INFORMATION as to Charles David Bobo (1) count 1s, Mary Wages Bobo (2) count 1s. (snc) (Entered: 01/04/2006) |
| 01/03/2006 | 78 | Limits of Punishment as to Charles David Bobo, Mary Wages Bobo (snc) (Entered: 01/04/2006) |
| 01/04/2006 | 84 | WAIVER OF INDICTMENT by Mary Wages Bobo (ws, ) (Entered: 01/04/2006) |
| 01/04/2006 | 85 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Mary Wages Bobo (ws, ) (Entered: 01/04/2006) |
| 01/04/2006 | 86 | PLEA AGREEMENT as to Mary Wages Bobo (ws, ) (Entered: 01/04/2006) |
| 01/04/2006 | 87 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Mary Wages Bobo held on 1/4/2006; Plea entered by Mary Wages Bobo (2) Guilty to Count 1s of the Felony Information. (Court Reporter James Dickens.) (ws ) (Entered: 01/04/2006) |
| 01/04/2006 | | ORAL ORDER Accepting Guilty Plea as to Mary Wages Bobo and Adjudicating the defendant guilty as to Count(s) 1s of the Felony Information. Signed by Judge Charles S. Coody on 1/4/06. (ws, ) (Entered: 01/04/2006) |
| 01/04/2006 | 88 | ORDER as to Mary Wages Bobo that the defendant be released and continued under the same conditions imposed by the U.S. Magistrate Judge on 7/13/05 . Signed by Judge Charles S. Coody on 1/4/06. (ws, ) (Entered: 01/04/2006) |
| 01/04/2006 | | Terminate Deadlines and Hearings as to Charles David Bobo, Mary Wages Bobo: (ws, ) (Entered: 01/04/2006) |

| | | |
|---|---|---|
| 01/19/2006 | | Case as to Charles David Bobo, Mary Wages Bobo REASSIGNED to Judge L. Scott Coogler. Judge Myron H. Thompson no longer assigned to the case. (snc) (Entered: 01/19/2006) |
| 01/30/2006 | 99 | ORDER as to Mary Wages Bobo setting Sentencing for 5/30/2006 09:30 AM before Honorable L. Scott Coogler, directing counsel to communicate to PO by 5/16/06 any objections to PSR, and directing parties to be available for a conference with PO on 5/17/06 at 10:00 a.m., as outlined in order. Signed by Judge L. Scott Coogler on 1/30/06. (snc) (Entered: 01/31/2006) |
| 02/14/2006 | 101 | Process Receipt and Return re Release of Lis Pends/Levy as to Charles David Bobo, Mary Wages Bobo, Jessica Singleton served at JOP - Covington County on 2/7/06. (snc) (Entered: 02/14/2006) |
| 05/17/2006 | 104 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Mary Wages Bobo. (Hardwick, Tommie) (Entered: 05/17/2006) |
| 05/30/2006 | | Payment Received: as to Mary Wages Bobo $ 100.00 assessment, receipt number 110378 (ws, ) (Entered: 05/30/2006) |
| 05/30/2006 | 107 | MOTION to Dismiss *Indictment* by USA as to Charles David Bobo, Mary Wages Bobo. (Attachments: # 1)(Hardwick, Tommie) (Entered: 05/30/2006) |
| 05/30/2006 | 108 | ORDER granting 107 Motion to Dismiss Indictment as to Charles David Bobo (1), Mary Wages Bobo (2);dismissing indictment with prejudice. Signed by Judge L. Scott Coogler on 5/30/06. (jct, ) (Entered: 05/30/2006) |
| 05/30/2006 | | Minute Entry for SENTENCING HEARING held before Judge L. Scott Coogler on 5/30/2006 as to Mary Wages Bobo. Friends and family members addressed the court on defendant Bobo's behalf. Oral order granting government's motion for reduction in criminal offense level for acceptance of responsibility. Sentence imposed at 60 Mos Imp, 36 Mos Sup Rel, and $100 SA. Defendant to report to USM or institution by 2:00 p.m. on 7/17/06. (Court Reporter Lindy Fuller.) (snc) (Entered: 06/01/2006) |
| 05/30/2006 | | ORAL ORDER granting 104 Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility as to Mary Wages Bobo (2). Entered by Judge L. Scott Coogler on 5/30/06. (snc) (Entered: 06/01/2006) |
| 06/01/2006 | 111 | JUDGMENT as to Mary Wages Bobo (2). Count 1s: 60 Mos Imp; 36 Mos Sup Rel; $100 SA. Count(s) 1, 2, 3: Dismissed on Government's Motion. The defendant shall surrender to the USM for this district or the designated insitution by 2:00 p.m. on July 17, 2006. Signed by Judge L. Scott Coogler on 5/31/06, Entered on 6/1/06. (snc) (Entered: 06/01/2006) |
| 06/01/2006 | | ***Set/Clear Closed Flag as to Mary Wages Bobo (snc, ) (Entered: 06/01/2006) |

| 06/01/2006 |   | ***Set (AG)/Clear (SC) Flags as to Charles David Bobo, Mary Wages Bobo, Jessica Singleton (snc, ) (Entered: 06/01/2006) |
|---|---|---|
| 06/13/2006 | 113 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Mary Wages Bobo (ag, ) (Entered: 06/13/2006) |
| 08/30/2006 | 126 | Judgment Returned Executed as to Mary Wages Bobo on 8/9/06. (ajr) (Entered: 08/30/2006) |