IN THE DISTRICT COURT OF THE

UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

United States of America,            )
            Plaintiff/Appellee,      )        2:07 CV 482-MHT
                                     )
        v.                           )     CASE NO. 2:05CR 151-LSC
                                     )
Mary Wages Bobo,                     )
            Defendant/Appellant      )

---

### MOTION TO PROCEED PRO SE

---

COMES NOW, Mary Wages Bobo, Pro Se, the party in the above referenced case, request this MOTION TO PROCEED PRO SE, and to have the Attorney of Record removed so that I can proceed on my behalf.

WHEREFORE, I respectfully request this Honorable Court to permit the undersigned to proceed Pro Se, in this matter, pursuant to the Sixth Amendment to the Constitution of the United States. Further, I respectfully reserve the right to request a court appointed Attorney if deemed necessary, as it relates to this matter.

This ___30th___ day of May, 2007.

                              Respectfully submitted,

                              Mary Wages Bobo

                              Mary Wages Bobo, Pro Se
                              Reg # 11731-002
                              FPC-Marianna
                              Seminole A
                              P. O. Box 7006
                              Marianna, FL  32446-7006

SCANNED
PSR  6.1.07