IN THE DISTRICT COURT OF THE

UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| United States of America,<br>　　　Plaintiff/Appellee, | )<br>)<br>) |
| v. | )    2:07cv 482 - MHT<br>)    CASE NO. 2:05CR 151-LSC |
| | ) |
| Mary Wages Bobo,<br>　　　Defendant/Appellant | )<br>) |

MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE MY MEMORANDUM OF LAW
AS IT RELATES TO THE 28 U.S.C. TO VACATE, SET ASIDE
OR CORRECT SENTENCE §2255

COMES NOW, Mary Wages Bobo, Pro Se, moves for a 30-day extension of time within which to file the Memorandum of Law as it relates to the 28 U.S.C. §2255 to Vacate, Set Aside, or Correct My Sentence. In support of this motion I state the following.

1. I have to request copies of the legal paperwork from home and/or attorney to aid me in the filing of the §2255,

2. Legal books for research have to be requested from FCI-Marianna through the Education Department. There are delays in receiving books and a stipulated timeframe for their return. Therefore, the FPC-Marianna can only use the books during the weekend.

3. My ability to type the document on a typewriter is causing me to spend a lot of time in the library trying to put this memorandum together. Therefore, time is a definite problem for me in order to meet this deadline.

2

Therefore, I an asking the court to grant my extension based on the obstacles that I have to overcome in order to get the legal paperwork prepared.

This 30th day of May 2007.

Respectfully submitted,

*Mary Wages Bobo*
Mary Wages Bobo, Pro Se
Reg # 11731-002
FPC-Marianna
Seminole A
P. O. Box 7006
Marianna, FL 32446-7006