IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY WAGES BOBO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv482-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Petitioner has filed a pleading (Doc. No. 3) styled as a "motion for an extension of time" to file a memorandum of law in support of her 28 U.S.C. § 2255 motion. The court construes this pleading to be a motion to file a brief in support of petitioner's § 2255 motion. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion to file a brief in support of the § 2255 motion (Doc. No. 3) be and is hereby GRANTED. Petitioner is advised that she shall file any brief in support of her § 2255 motion on or before July 6, 2007.

Done this 19th day of June, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE