IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY WAGES BOBO, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:07cv482-MHT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

**ORDER**

Now pending before the court is the June 1, 2007, motion to proceed pro se (doc. # 2) filed by the petitioner.  Upon consideration of the motion, it is

ORDERED that the motion to proceed pro se (doc. # 2) be and is hereby GRANTED.

Done this 19th day of June, 2007.


          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE