IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARY WAGES BOBO** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv482-MHT |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**UNITED STATES' MOTION TO EXTEND RESPONSE DATE
TO DEFENDANT MARY BOBO'S 28 U.S.C. §2255 MOTION**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this request to extend the United States's response date to Defendant Mary Bobo's 28 U.S.C. §2255 motion, and as grounds states the following:

1. On June 1, 2007, Mary Wages Bobo filed a motion under 28 U.S.C. §2255 challenging her conviction and sentence. The Court's Order, (Doc. 4, filed June 5, 2007), directed that the Clerk serve a copy of the §2255 motion upon the United States Attorney for the Middle District of Alabama.

2. Also in Doc. 4, this Court Ordered that the United States Attorney file a response to the defendant's motion within thirty (30) days from the date of the order, resulting in a due date of July 5, 2007.

3. Pursuant to the petitioner's request for an extension of time to file a memorandum of law in support of her 28 U.S.C. §2255 motion, this Court granted the petitioner an extension until on or before July 6, 2007. (Doc. 5, filed June 19, 2007).

4. Based upon the above extension, the United States is ordered to respond before the petitioner presents a legal basis for her motion. Therefore, the United States respectfully moves

this Honorable Court to extend the United States' response date to thirty (30) days from July 6, 2007, which is the due date for the petitioner's brief in support of her §2255 motion.

Respectfully submitted on this 22nd day of June , 2007.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/Tommie Brown Hardwick
                                      TOMMIE BROWN HARDWICK
                                      One Court Square, Suite 201
                                      Montgomery, AL 36104
                                      Phone:  (334) 223-7280
                                      Fax:  (334) 223-7135
                                      E-mail:  tommie.hardwick@usdoj.gov
                                      ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARY WAGES BOBO** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv482-MHT |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service the Motion to Extend Response Date to the following non-CM/ECF participant: Mary Wages Bobo, Reg. #11731-002, FPC-Marianna, Seminole A, P.O. Box 7006, Marianna, FL 32446-7006.

        Respectfully submitted,

        /s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: tommie.hardwick@usdoj.gov
        ASB4152 W86T