**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 25, 2007

# NOTICE OF CORRECTION

To:            All Counsel of Record

From:          Clerk's Office

Case Style:    Mary Wages Bobo v. United States of America

Case Number:   #2:07-cv-00482-MHT

Referenced Pleading:   Document #13
                       Reply Brief - Response to 2255 Motion

The referenced pleading filed on 9/24/2007 was filed in the wrong case.

Therefore, Document #13 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.