IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARY WAGES BOBO,                )
                                )
    Petitioner,                 )
                                )    CIVIL ACTION NO.
    v.                          )     2:07cv482-MHT
                                )         (WO)
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )
```

## JUDGMENT

Respondent United States of America having orally informed the court that it does not object, it is the ORDER, JUDGMENT, and DECREE of the court that petitioner Mary Wages Bobo's motion to dismiss (Doc. No. 33) is granted and that this case is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of June, 2009.

```
            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE
```